IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CARL RUPERT SMITH,           ) | |
|                              ) | |
|     Plaintiff,               ) | |
|                              ) | CIVIL ACTION NO. |
|     v.                       ) | 2:15cv20-MHT |
|                              ) | (WO) |
| CORIZON HEALTH SERVICES,     ) | |
| et al.,                      ) | |
|                              ) | |
|     Defendants.              ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining that he has been denied needed medical treatment for a heart condition. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice, for failure to exhaust administrative remedies, and that no costs taxed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

**An appropriate judgment will be entered.**

**DONE, this the 13th day of July, 2015.**

                                         **/s/ Myron H. Thompson**
                                    **UNITED STATES DISTRICT JUDGE**